1

2

3

4                         UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7    EUGENE PRICE,                              Case No.  25-cv-05711-JCS

8                    Plaintiff,

                                                **ORDER OF TRANSFER**
9            v.

10   E. MARTINEZ, et al.,

11                   Defendants.

12          Plaintiff, a prisoner at California State Prison, Lancaster ("CSP-Lancaster"), proceeding

13   pro se, filed this civil rights action under 42 U.S.C. § 1983.[1]  He complains about events occurring

14   in at CSP-Lancaster, where the Defendants are also located.  CSP-Lancaster is located in Los

15   Angeles County.

16          When, as here, jurisdiction is not founded on diversity, venue is proper in the district in

17   which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in

18   which a substantial part of the events or omissions giving rise to the claim occurred, or a

19   substantial part of property that is the subject of the action is situated, or (3) a judicial district in

20   which any defendant may be found, if there is no district in which the action may otherwise be

21   brought.  28 U.S.C. § 1391(b).  Where a case is filed in the wrong venue, the district court has the

22   discretion either to dismiss the case or transfer it to the proper federal court "in the interest of

23   justice."  28 U.S.C. § 1406(a).

24          Plaintiff's allegations arise out of events occurring in Los Angeles County, and Defendants

25   are located there.  Los Angeles lies within the venue of the United States District Court for the

26   Central District of California.  *See* 28 U.S.C. § 84.  Accordingly, in the interest of justice and

27

28   [1] Three deceased individuals are also named as Plaintiffs, but representatives of their estates did
     not sign the complaint.

United States District Court
Northern District of California

United States District Court
Northern District of California

1  pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court

2  for the Central District of California.

3        The Clerk of the Court shall transfer this matter forthwith.  This Court defers to the Central

4  District for ruling on the application for leave to proceed in forma pauperis.

5        The Clerk shall terminate docket numbers 6 and 7 from this Court's docket.

6        **IT IS SO ORDERED.**

7  Dated: August 22, 2025

8

9  _____

10   JOSEPH C. SPERO
     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2